CORPORATE VOTE

A meeting of the members of Slim Dollar Realty Associates, LLC was held on the 24th day of August, 2020.

A motion was made that Slim Dollar Realty Associates, LLC be authorized to file a Chapter 11, Subchapter 5 bankruptcy.

There being no further business before the meeting, the meeting was adjourned.

Dated at Manchester, New Hampshire this 24th  day of August, 2020.


/s/Charles Sargent, Jr.
Charles Sargent, Jr., Manager