UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: Slim Dollar Realty Associates, LLC <br> Debtor | ) <br> ) <br> ) <br> ) | Bk. #20-10761-BAH <br> Chapter 11 |

## ORDER ON APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY

It is hereby ORDERED:

The application of Debtor, Slim Dollar Realty Associates, LLC, is approved to employ Eleanor Wm. Dahar, Esq., Victor W. Dahar, P.A., on a general retainer as attorney to represent Slim Dollar Realty Associates, LLC in its Chapter 11 Bankruptcy.

ENTERED at Concord, New Hampshire.

DATED: September 09, 2020

/s/ Bruce A. Harwood
Bruce A. Harwood, Chief Bankruptcy Judge