UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| In re:   Slim Dollar Realty Associates, LLC )<br>                    Debtor                    )<br>                                                                    ) | Bk. #20-10761-BAH<br>Chapter 11<br>Hearing Date:   08/18/21<br>Hearing Time:   9:00 a.m. |

## ORDER ON APPLICATION FOR FEES AND EXPENSES
## OF COUNSEL TO THE DEBTOR-IN-POSSESSION

Having reviewed the Application for Fees and Expenses of Counsel Victor W. Dahar, P.A., as Attorney to the Debtor-in-Possession (Doc. No. 112), and after notice to all interested parties and there being no objections;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. The period of services rendered by Victor W. Dahar, P.A., in this case covered is August 8, 2020 to July 6, 2021.

2. The total hours of service in this case rendered by Victor W. Dahar, P.A. is 47.4 hours.

3. The hourly rate charged by Victor W. Dahar, P.A. in this Fee Application is $300.00.

4. The total legal fee award requested by Victor W. Dahar, P.A. is $10,000.00.

5. The retainer credited against the legal fee award paid by debtor in this case is $5,000.00.

6. There have been no interim payments to Victor W. Dahar, P.A. by the Debtor in this case.

7. The Final Payment Requested by Victor W. Dahar, P.A. is $10,000.00.

8. The approximate total amount of distribution to creditors to be made in this case is $333,404.40.

9. The total expense reimbursement requested by Victor W. Dahar, P.A. is $2,261.10 (subject to cap).

10. The Fee Application is reasonable for the work performed.

11. The Final Fee Application for legal fee and expenses in the amount of $10,000.00, less the retainer credited of $5,000.00, for a balance of $5,000.00 legal fees and $2,261.10 expenses, respectively, is approved.

The hearing scheduled for August 18, 2021 at 9:00 a.m. is canceled.

DATED: August 16, 2021                    /s/ Bruce A. Harwood

Bruce A. Harwood, Chief Bankruptcy Judge